**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-02235-LTB-CBS

JOHN DOE I,

                Plaintiff,

v.

ARCHDIOCESE OF DENVER, and
HAROLD R. WHITE,

                Defendants.

_____

**ORDER**
_____

Upon Plaintiff's Request for Rescheduling of Preliminary Scheduling Hearing (Doc

11 - filed November 8, 2005), it is

ORDERED that the Request is DENIED as to Thomas L. Roberts and GRANTED

as to Jeffrey R. Anderson.

                BY THE COURT:


                  s/Lewis T. Babcock_____
                Lewis T. Babcock, Chief Judge

DATED: November 9, 2005