IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 05-cv-02235-LTB-CBS

JOHN DOE (1),

Plaintiff,

v.

ARCHDIOCESE OF DENVER, and
HAROLD R. WHITE,

Defendants.
_____

05-cv-02236-LTB-CBS

BRANDON TRASK,

Plaintiff,

v.

ARCHDIOCESE OF DENVER, and
HAROLD R. WHITE,

Defendants.
_____

05-cv-02237-LTB-CBS

ROBERT KINNEY, JR.,

Plaintiff,

v.

ARCHDIOCESE OF DENVER, and
HAROLD R. WHITE,

Defendants.
_____

05-cv-02238-LTB-CBS

GERALD WOLF,

Plaintiff,

v.

ARCHDIOCESE OF DENVER, and
HAROLD R. WHITE,

Defendants.

_____

05-cv-02239-LTB-CBS

TOM KOLDEWAY,

Plaintiff,

v.

ARCHDIOCESE OF DENVER, and
HAROLD R. WHITE,

Defendants.

_____
PRELIMINARY ORDER OF CONSOLIDATION
_____

For the reasons stated on the record during the November 16, 2005 hearing, it is ORDERED that:

1) for the limited purpose of determining whether I have jurisdiction over the claims asserted, the following cases are preliminarily consolidated: *John Doe 1 v. Archdiocese of Denver and Harold R. White*, 05-cv-02235-LTB-CBS; *Brandon Trask v. Archdiocese of Denver and Harold R. White*, 05-cv-02236-LTB-CBS; *Robert Kinney Jr. v. Archdiocese of Denver and Harold R. White*, 05-cv-02237-LTB-CBS; *Gerald Wolf v. Archdiocese of Denver and Harold R. White*, 05-cv-02238-LTB-CBS; *Tom Koldeway v. Archdiocese of Denver and Harold R. White*, 05-cv-02239-LTB-CBS; all filings shall be made in 05-cv-02235-LTB-CBS, which I designate as the lead case;

2) the plaintiffs shall file any motion to remand this case to State court and any brief in support on or before December 9, 2005, the defendants shall file any responses on or before January 6, 2006, and the plaintiffs shall file any reply on or before January 20, 2006;

3) oral argument on the motion will occur on Friday, February 3, 2006 at 2:00 P.M.;

4) the deadline for the defendants to file pleadings responsive to the Complaints and to designate any non-party persons at fault shall be stayed until 20 days after the resolution of the motion to remand.

Dated: November __16__, 2005 in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge