IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.  05-cv-02235-LTB-CBS

JOHN DOE (1),

Plaintiff,

v.

ARCHDIOCESE OF DENVER, and
HAROLD R. WHITE,

Defendants.
_____

05-cv-02236-LTB-CBS

BRANDON TRASK,

Plaintiff,

v.

ARCHDIOCESE OF DENVER, and
HAROLD R. WHITE,

Defendants.
_____

05-cv-02237-LTB-CBS

ROBERT KINNEY, JR.,

Plaintiff,

v.

ARCHDIOCESE OF DENVER, and
HAROLD R. WHITE,

Defendants.
_____

05-cv-02238-LTB-CBS

GERALD WOLF,

Plaintiff,

v.

ARCHDIOCESE OF DENVER, and
HAROLD R. WHITE,

Defendants.

_____

05-cv-02239-LTB-CBS

TOM KOLDEWAY,

Plaintiff,

v.

ARCHDIOCESE OF DENVER, and
HAROLD R. WHITE,

Defendants.

_____

## ORDER
_____

Upon Defendant's Motion for Preliminary Consolidation (Doc 23 - filed December 23, 2005), it is

ORDERED that the following cases are preliminarily consolidated with the Group 2 Cases for purposes of briefing remand to state court:

1. *John Doe No. 1A v. Archdiocese of Denver and Harold R. White,* Denver District Court Civil Action No. 05-cv-9935/U.S. District Court Civil Action No. 05-cv-02620-LTB-CBS; and

2. *John Koldeway v. Archdiocese of Denver and Harold R. White,* Denver District Court Civil Action No. 05-cv-9936/U.S. District Court Civil Action No. 05-cv-02622-LTB-CBS.

                BY THE COURT:

                s/Lewis T. Babcock
                Lewis T. Babcock, Chief Judge

DATED: January 4, 2006