**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-02235-LTB-CBS
(Consolidated w/05-cv-02236-LTB-CBS; 05-cv-02237-LTB-CBS; 05-cv-02238-LTB-CBS; 05-cv-02239-LTB-CBS; 05-cv-02620-LTB-CBS; and 05-cv-02622-LTB-CBS)

JOHN DOE I,
        Plaintiff,

v.

ARCHDIOCESE OF DENVER, and
HAROLD R. WHITE,
        Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     Defendant Archdiocese of Denver's Motion for Preliminary Consolidation (Doc 29 - filed January 27, 2006) is **GRANTED**.  The following cases are preliminarily consolidated with the Group 2 cases for purposes of briefing remand to state court:

        United States District Court Case No. 06-cv-00157-LTB-CBS - *Randy Becker v. Archdiocese of Denver and Harold R. White,* Denver District Court Civil Action No. 06-cv-0450;

        United States District Court Case No. 06-cv-00158-LTB-CBS - *John Doe 1B v. Archdiocese of Denver and Harold R. White,* Denver District Court Civil Action No. 06-cv-0451;

        United States District Court Case No. 06-cv-00159-LTB-CBS - *John Doe 1C v. Archdiocese of Denver and Harold R. White,* Denver District Court Civil Action No. 06-cv-0452; and

        United States District Court Case No. 06-cv-00160-LTB-CBS - *John Doe 1D v. Archdiocese of Denver and Harold R. White,* Denver District Court Civil Action No. 06-cv-0453;

Dated:  January 30, 2006
_____